# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

TYRONE GREEN,　　　　　　　　　　:　No. 64 EM 2016
　　　　　　　　　　　　　　　　　:
　　　　　　　Petitioner　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
COURT OF COMMON PLEAS,　　　　　:
PHILADELPHIA COUNTY; LAWRENCE　:
MAHALLY, SUPERINTENDENT SCI　　:
DALLAS; SETH WILLIAMS, DISTRICT　:
ATTORNEY OF PHILA.; KATHLEEN　　:
KANE, ATTORNEY GENERAL OF　　　 :
PENNSYLVANIA,　　　　　　　　　　:
　　　　　　　　　　　　　　　　　:
　　　　　　　Respondents　　　　 :

## ORDER

**PER CURIAM**

　　　**AND NOW**, this 21st day of June, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.